FILED
5/9/24 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  23-20575 JAD |
| | ) | Chapter 13 |
| Kelly R. Bender, | ) | Docket No.85 |
| *Debtor* | ) | |
| | ) | |
| Kelly R. Bender, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___9th___ day of ___May_____, 2024, it is hereby
ORDERED, ADJUDGED and DECREED, that the debtor, Kelly R. Bender, is hereby granted an
extension until July 6, 2024 to secure financing for a vehicle, to file a Report of Financing and to
file an Amended Chapter 13 Plan.

_____  jsf
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 23-20575-JAD
Kelly R. Bender                                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                          Page 1 of 2
Date Rcvd: May 09, 2024                      Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

**Recip ID**              **Recipient Name and Address**
db                    +   Kelly R. Bender, 1038 Tee Line Drive, Aliquippa, PA 15001-5613

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

**Name**                        **Email Address**

Denise Carlon
                                on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

J. Philip Colavincenzo
                                on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com

Jeffrey Hunt
                                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
                                on behalf of Debtor Kelly R. Bender julie.steidl@steidl-steinberg.com
                                ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
                                eidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
                                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                                btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel
    on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com  wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10