FILED
8/1/24 12:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 23-20575 JAD |
| | ) | Chapter 13 |
| Kelly R. Bender, | ) | Related to Docket No. 60 |
| *Debtor* | ) | |
| | ) | Doc. # 94 |
| Kelly R. Bender, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
| *Respondent* | ) | |

**CONSENT ORDER AMENDING CONFIRMATION ORDER DATED JULY 19, 2023**

AND NOW, come the Debtor and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on March 16, 2023;
2. The Debtor sought an order permitting post-petition vehicle financing. That order was entered on August 11, 2023 at Doc. 60.
3. The Debtor was approved for financing through American Credit Acceptance. The monthly payment is $476.29 and the first payment is due for July 2024. The Debtor has provided the Trustee with the account number.
4. The Debtor has filed an amended plan to include the new obligation, and the confirmation hearing is scheduled for August 29, 2024 at 9:00 a.m.
5. The Debtor is desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1. The July 19, 2023 confirmation order, is hereby amended to include, under Paragraph "K" the following: The Trustee is authorized to pay adequate protection payments to

American Credit Acceptance in the monthly sum of $476.29 beginning with the first payment due July 2024 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Kenneth Steidl
Kenneth Steidl, Esq.
Attorney for Debtor

/s/ Kate DeSimone
Kate DeSimone, Esq.
Attorney for Trustee

So Ordered:

_____ jsf    Dated: August 1, 2024
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kelly R. Bender  
    Debtor

Case No. 23-20575-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Aug 01, 2024      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly R. Bender, 1038 Tee Line Drive, Aliquippa, PA 15001-5613 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 15581838 | | Aptive Pest Control, PO Box 736025, Dallas, TX 75373-6025 |
| 15581846 | + | CVAC Lawn Care, PO Box 47, Crescent, PA 15046-0047 |
| 15581839 | + | Clairmont Manor Community Assoc., c/o Acri Community Realty, 290 Perry Highway, Pittsburgh, PA 15229-1864 |
| 15581852 | + | Global Discovery Vacations, 5360 College Blvd, Suite 200, Overland Park, KS 66211-1641 |
| 15581854 | | Goldman Sachs Bank USA, Goldman Sachs Bank Usa, Philadelphia, PA 19176 |
| 15581857 | + | Hopewell Township, c/o Sharp Collections, PO Box 81, Sharpsville, PA 16150-0081 |
| 15581858 | + | Hopewell Township Sewer, 1700 Clark Blvd., Aliquippa, PA 15001-4205 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2024 00:08:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 02 2024 00:08:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2024 00:19:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 02 2024 00:08:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15589399 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2024 00:08:00 | ACAR Leasing Ltd. /d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15581834 | + | Email/Text: amscbankruptcy@adt.com | Aug 02 2024 00:09:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 15590737 | + | Email/Text: amscbankruptcy@adt.com | Aug 02 2024 00:09:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15581835 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 02 2024 00:08:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15820114 | | Email/Text: bankruptcy@acacceptance.com | Aug 02 2024 00:09:00 | American Credit Acceptance, PO Box 204531, Dallas, TX 75320-4531 |
| 15593546 | | Email/PDF: bncnotices@becket-lee.com | Aug 02 2024 00:19:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15581837 | + | Email/PDF: bncnotices@becket-lee.com | Aug 02 2024 00:20:27 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15581836 | + | Email/PDF: bncnotices@becket-lee.com | Aug 02 2024 00:19:12 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |

Case 23-20575-JAD   Doc 96   Filed 08/03/24   Entered 08/04/24 00:29:48   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15581840 | | Email/Text: documentfiling@lciinc.com | Aug 02 2024 00:08:00 | Comcast Xfinity, PO Box 60533, City of Industry, CA 91716-0533 |
| 15581842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 00:08:00 | Comenity/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15581841 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 00:08:00 | Comenity/Sephora, Po Box 182120, Columbus, OH 43218-2120 |
| 15581843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 00:08:00 | Comenitycapital/Ulta, Po Box 182120, Columbus, OH 43218-2120 |
| 15581844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 00:08:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15581845 | + | Email/Text: ccusa@ccuhome.com | Aug 02 2024 00:08:00 | Credit Collections USA, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 15583568 | | Email/Text: mrdiscen@discover.com | Aug 02 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15581847 | + | Email/Text: mrdiscen@discover.com | Aug 02 2024 00:08:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15581848 | + | Email/Text: mrdiscen@discover.com | Aug 02 2024 00:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15602416 | + | Email/Text: jdryer@bernsteinlaw.com | Aug 02 2024 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15581849 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 02 2024 00:09:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15601439 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 02 2024 00:08:00 | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 15581851 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 02 2024 00:08:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15581850 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 02 2024 00:08:00 | Freedom Mortgage Corporation, 951 W Yamato Rd, Suite 175, Boca Raton, FL 33431-4444 |
| 15581856 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2024 00:08:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70321, Philadelphia, PA 19176-0321 |
| 15581855 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2024 00:08:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15581853 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2024 00:08:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15581860 | + | Email/Text: bankruptcy@huntington.com | Aug 02 2024 00:09:00 | Huntington Bank, Attn: Bankruptcy, 41 S High St, Columbus, OH 43215-3406 |
| 15581859 | | Email/Text: bankruptcy@huntington.com | Aug 02 2024 00:09:00 | Huntington Bank, Huntington Banks, Columbus, OH 43216 |
| 15581861 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2024 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15601758 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 00:07:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15581863 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 02 2024 00:08:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 15581862 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 02 2024 00:08:00 | Mercury/FBT, Po Box 84064, Columbus, GA 31908-4064 |
| 15581864 | | Email/Text: bankruptcydepartment@tsico.com | Aug 02 2024 00:09:00 | Nationwide Credit, PO Box 15131, Wilmington, DE 19850-5131 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15581865 | ^ | MEBN | Aug 01 2024 23:57:18 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15583622 | + | Email/Text: ebnpeoples@grblaw.com | Aug 02 2024 00:08:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15598156 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2024 00:08:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15601713 | | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2024 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15581867 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:19:34 | Syncb/At Home CC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15581866 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:19:03 | Syncb/At Home CC, Po Box 965013, Orlando, FL 32896-5013 |
| 15582018 | ^ | MEBN | Aug 01 2024 23:57:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15581869 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:19:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15581868 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 02 2024 00:06:20 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15581870 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Aug 02 2024 00:19:22 | T Mobile, PO Box 37380, Albuquerque, NM 87176-7380 |
| 15581871 | + | Email/Text: rhoy@volkweins.com | Aug 02 2024 00:09:00 | Volkwein's Music, 138 Industry Drive, Pittsburgh, PA 15275-1014 |
| 15581872 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 02 2024 00:19:51 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15581873 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 02 2024 00:06:26 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15590871 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 02 2024 00:07:23 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15601762 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: pdf900 | Total Noticed: 59 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

J. Philip Colavincenzo
on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Kenneth Steidl
on behalf of Debtor Kelly R. Bender julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew Fissel
on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

William E. Craig
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10