**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    KELLY R. BENDER

          Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Respondents.

Case No.:23-20575 JAD

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/16/2023  and confirmed on 06/29/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,888.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,883.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,709.17 | |
| Trustee Fee | 2,093.28 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,802.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 29,921.67 | 0.00 | 29,921.67 |
| Acct: 9893 | | | | |
| FREEDOM MORTGAGE CORPORATION | 2,061.64 | 106.36 | 0.00 | 106.36 |
| Acct: 9893 | | | | |
| HOPEWELL TWP** | 378.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8678 | | | | |
| HOPEWELL TWP SEWER AUTH | 145.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4071 | | | | |
| CLAIRMONT MANOR COMMUNITY ASSOC | 138.15 | 0.00 | 0.00 | 0.00 |
| Acct: 1739 | | | | |
| | | | | 30,028.03 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KELLY R. BENDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KELLY R. BENDER | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 3,500.00 | 1,709.17 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 7,716.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0614 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4213 | | | | |
| AMERICAN CREDIT ACCEPTANCE | 0.00 | 1,052.52 | 0.00 | 1,052.52 |
| Acct: 0922 | | | | |
| | | | | 1,052.52 |
| **Unsecured** | | | | |
| ADT SECURITY SERVICES INC++ | 1,611.31 | 0.00 | 0.00 | 0.00 |
| Acct: 2233 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 8,673.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2008 | | | | |
| APTIVE PEST CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2556 | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0325 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 388.13 | 0.00 | 0.00 | 0.00 |
| Acct: 6229 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 492.34 | 0.00 | 0.00 | 0.00 |
| Acct: 1191 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4634 | | | | |
| CVAC LAWN CARE | 3,080.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 9,656.63 | 0.00 | 0.00 | 0.00 |
| Acct: 6488 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 576.07 | 0.00 | 0.00 | 0.00 |
| Acct: 5643 | | | | |
| GLOBAL DISCOVERY VACATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6206 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5225 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7797 | | | | |
| HUNTINGTON NATIONAL BANK FKA HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2984 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 3,817.88 | 0.00 | 0.00 | 0.00 |
| Acct: 8271 | | | | |
| NATIONWIDE CREDIT INC (NCI)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5213 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 318.59 | 0.00 | 0.00 | 0.00 |
| Acct: 1244 | | | | |
| LVNV FUNDING LLC | 766.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5537 | | | | |
| LVNV FUNDING LLC | 331.16 | 0.00 | 0.00 | 0.00 |
| Acct: 5105 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9968 | | | | |
| VOLKWEINS | 141.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4063 | | | | |
| WELLS FARGO BANK NA | 4,160.89 | 0.00 | 0.00 | 0.00 |
| Acct: 2453 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4344 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 3,825.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4213 | | | | |

| 23-20575 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9367 | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 31,080.55 |

TOTAL CLAIMED

| | |
|---|---|
| PRIORITY | 7,716.13 |
| SECURED | 2,722.79 |
| UNSECURED | 37.839.12 |

Date: 05/06/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com