**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KELLY R. BENDER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:23-20575 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/16/2023 and confirmed on 06/29/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,888.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,888.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,709.17 | |
| Trustee Fee | 2,093.28 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,802.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 29,921.67 | 0.00 | 29,921.67 |
| Acct: 9893 | | | | |
| FREEDOM MORTGAGE CORPORATION | 2,061.64 | 106.36 | 0.00 | 106.36 |
| Acct: 9893 | | | | |
| HOPEWELL TWP** | 378.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8678 | | | | |
| HOPEWELL TWP SEWER AUTH | 145.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4071 | | | | |
| CLAIRMONT MANOR COMMUNITY ASSOC | 138.15 | 0.00 | 0.00 | 0.00 |
| Acct: 1739 | | | | |
| | | | | 30,028.03 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KELLY R. BENDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KELLY R. BENDER | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

23-20575 JAD    **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG PC | 3,500.00 | 1,709.17 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 7,716.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0614 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4213 | | | | |
| AMERICAN CREDIT ACCEPTANCE | 0.00 | 1,052.52 | 0.00 | 1,052.52 |
| Acct: 0922 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0575 | | | | |
| | | | | 1,057.52 |
| **Unsecured** | | | | |
| ADT SECURITY SERVICES INC++ | 1,611.31 | 0.00 | 0.00 | 0.00 |
| Acct: 2233 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 8,673.67 | 0.00 | 0.00 | 0.00 |
| Acct: 2008 | | | | |
| APTIVE PEST CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2556 | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0325 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 388.13 | 0.00 | 0.00 | 0.00 |
| Acct: 6229 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 492.34 | 0.00 | 0.00 | 0.00 |
| Acct: 1191 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4634 | | | | |
| CVAC LAWN CARE | 3,080.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 9,656.63 | 0.00 | 0.00 | 0.00 |
| Acct: 6488 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 576.07 | 0.00 | 0.00 | 0.00 |
| Acct: 5643 | | | | |
| GLOBAL DISCOVERY VACATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6206 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5225 | | | | |
| GOLDMAN SACHS BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7797 | | | | |
| HUNTINGTON NATIONAL BANK FKA HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2984 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SA | 3,817.88 | 0.00 | 0.00 | 0.00 |
| Acct: 8271 | | | | |
| NATIONWIDE CREDIT INC (NCI)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5213 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 318.59 | 0.00 | 0.00 | 0.00 |
| Acct: 1244 | | | | |
| LVNV FUNDING LLC | 766.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5537 | | | | |
| LVNV FUNDING LLC | 331.16 | 0.00 | 0.00 | 0.00 |
| Acct: 5105 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9968 | | | | |
| VOLKWEINS | 141.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4063 | | | | |
| WELLS FARGO BANK NA | 4,160.89 | 0.00 | 0.00 | 0.00 |
| Acct: 2453 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4344 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 3,825.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4213 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9367 | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM CRAIG ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 31,085.55 |

TOTAL CLAIMED
PRIORITY         7,721.13
SECURED          2,722.79
UNSECURED       37.839.12

Date: 09/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com